

**FIGURE 2.5**
**INTERNATIONAL 10–20 SYSTEM**

Not labeled Reference

TOP OF HEAD

LEFT SIDE OF HEAD

A1 and A2 are References on ears, not labeled TP

(Pinel & Edwards, 1998, p. 118). Shorter grooves are called sulcus. The grooves in the prefrontal lobes are called the orbital gyrus; they are located just above the eye sockets. The angular gyrus makes up the boundary separating the temporal and parietal lobes. The central fissure creates a dividing line between the somatosensory cortex and motor cortex that extends from the left lateral sulcus to the right lateral sulcus. The lateral sulcus forms part of the superior boundary of the temporal lobes.

Here is a translation of the 10–20 system into brain locations along the cingulate gyrus, the division between the LH and RH (Figure 2.6):

Fpz  anterior ventral medial (prefrontal cortex)
Fz  anterior dorsal medial (prefrontal cortex)
Cz  central dorsal medial (somatosensory/motor cortex)—the central fissure and the cingulate gyrus intersect at the vertex.
Pz  posterior dorsal medial (parietal lobe)
Oz  posterior ventral medial (occipital lobe)

Here is the translation of the 10–20 system into brain locations of frontal lobes:

Page 37 from Demos, J.: Getting Started with Neurofeedback, W.W. Norton & Company, New York, 2005

72

is a list of all of the common frequency bandwidths and their general characteristics:

## ONE-CHANNEL EEG TRAINING SYSTEMS

A *single-channel* EEG unit records one raw signal and separates it into parts with electronic filters. Data is acquired by placing electrodes on the scalp according to the International 10–20 system. There are two basic montages or ways to mount electrodes on the scalp. (When speaking with clients, I use the term *sensor* because it sounds less intimidating than the word *electrode*.) Learning the correct way to place sensors or electrodes on the scalp is critical to success. Recordings with a single-channel EEG require the placement of three separate leads on the head. Each wire or lead has a small cup on one end and electrical connectors on the other. The cups go on the scalp or the ears and the connectors are plugged into the EEG training system. Each of the three electrodes has a different function or designation. One electrode is the ground and can be mounted on the earlobe or any convenient place on the scalp. The other two electrodes acquire the data and are called the actives. Both actives are essentially the same, even though one of the actives is called the *reference*. Sometimes, the reference designation is useful. For example, the question, "How many miles is it to Vermont?" cannot be answered unless a starting point has been designated. However, if I asked, "How many miles is it from London to Vermont?" then the number of miles can be calculated. Vermont is the active, the point of interest. London is the reference or the starting point. Changing the starting point or the reference changes the output. There are two ways to set a reference. One way is to use the earlobe as a reference; the other way is to use a scalp location as a reference. Consider the differences between these two basic montages (Figure 4.3):

1.  A *referential* (monopolar) montage is accomplished by mounting only one active electrode cup to the scalp. The reference cup is often clipped to an earlobe. The ground cup is often clipped to the remaining earlobe. Theoretically, a referential montage renders an *absolute* value because the reference earlobe placement is considered to be neutral or zero in value. Many clinicians place the reference earlobe electrode in the same hemisphere as the scalp placement. For example, if the active scalp electrode is on the left side of the

Case 4:15-cv-05290-KAW    Document 90-6    Filed 06/19/16    Page 3 of 3

NEUROFEEDBACK MODALITIES AND THE BRAIN

73

## FIGURE 4.3
## REFERENTIAL COMPARED TO BIPOLAR (SEQUENTIAL) MONTAGE



brain, then the reference is clipped to the left earlobe. If the active electrode is on the Z-line (Cz, Pz, Fz, etc.), then either ear may be chosen as the reference. (Sometimes the earlobe on the opposing side of the head is chosen to obtain a maximum differential and to control ear contamination.) A referential (monopolar) montage has one major drawback: It is the most sensitive to large amplitudes of electromyography (EMG) muscle artifact and earlobe contamination. Each facial movement of the client may cause a significant distortion of the EEG recording.

2. A bipolar (*sequential*) montage means that both the reference and the active electrode cups are mounted to the scalp, and the ground cup is clipped to either earlobe. An impedance meter should be used to ensure that both of the sensors mounted on the scalp have similar resistance measurements. Bipolar (sequential) montages will not yield absolute values. For example, if the active is at Cz and the