UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERAXON INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEUROTEK, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-05290-KAW<br><br>**ORDER REGARDING UNUSABLE CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 54, 55, 56, 58, 72, 76, 80, 81, 87 |

PLEASE TAKE NOTICE that the chambers copy of all filings Defendant Jonathan Cowan has submitted in connection Dkt. Nos. 54, 55, 56, 58, 72, 76, and 80 was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☒ is not usable for another reason −   The document does not contain the ECF header at the top of each page.

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Defendant Jonathan Cowan shall submit a chambers copy in a format that is usable by the court no
3  later than July 12, 2016.  Plaintiffs shall lodge courtesy copies of Dkt. Nos. 81 and 87, which have
4  not been received by the Court, by no later than July 8, 2016.

IT IS SO ORDERED.

Dated: 07/01/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge