**NORTON ROSE FULBRIGHT US LLP**
**ROBERT GREESON** (*pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone:   (214) 855-8000
Facsimile:   (214) 855-8200
robert.greeson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
**DAVID BEN-MEIR (Cal. Bar No. 192028)**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
david.ben-meir@nortonrosefulbright.com

Attorneys for Plaintiffs
INTERAXON INC. AND INTERAXON U.S., INC.

**ALSTON & BIRD LLP**
**RYAN W. KOPPELMAN (Bar No. 290704)**
**TIMOTHY R. WATSON (Bar No. 293774)**
**BRIANNA L. KADJO (Bar No. 303336)**
1950 University Ave., 5th Floor
East Palo Alto, CA 94303
Telephone: 650-828-2000
Facsimile: 650-838-2001
ryan.koppelman@alston.com
tim.watson@alston.com
brianna.kadjo@alston.com

Court Appointed Counsel for Defendant
JONATHAN D. COWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| InteraXon Inc. and InteraXon U.S., Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>NeuroTek, LLC, MindWaves, LTD., and Jonathan D. Cowan,<br><br>Defendants. | Case No. 15-cv-05290-KAW<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION FOR 45-DAY TEMPORARY STAY OF ALL LITIGATION DEADLINES** |

Plaintiffs InteraXon Inc. and InteraXon U.S., Inc. (collectively "InteraXon") and Defendant Jonathan D. Cowan ("Cowan") file this Joint Notice Of Settlement And Motion For 45-Day Temporary Stay Of All Litigation Deadlines notifying the Court as follows:

1. Pursuant to the Court's Order (Dkt. No. 162, 163), on January 10, 2017, InteraXon and Cowan participated in a settlement conference before Judge Nandor J. Vadas.

2. InteraXon and Cowan have reached an agreement in principle that resolves all

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -   Case No. 15-cv-05290-KAW
JOINT NOTICE OF SETTLEMENT AND MOTION FOR 45-DAY TEMPORARY STAY OF ALL LITIGATION DEADLINES

1  claims asserted by InteraXon against all Defendants, and all claims asserted by Cowan against
2  InteraXon, in the above-entitled and numbered action.

3      3.    InteraXon and Cowan will memorialize the terms of their agreement and expect to
4  file a stipulation of dismissal requesting that the Court dismiss with prejudice all claims asserted
5  between InteraXon and Defendants in the above-entitled and numbered action within 45 calendar
6  days of the date of this Notice.

7      4.    On October 26, 2016, the Court stayed all proceedings in order for Cowan to be
8  appointed pro bono counsel (*see* Dkt. No. 161).  On November 3, 2016, the Court appointed pro
9  bono counsel and the stay continued (*see* Dkt. No. 162).  On January 3, 2017, the Court lifted the
10 stay (*see* Dkt. No. 167).

11     5.    During the previous stays, certain scheduled deadlines passed.  The parties will
12 work together, at the Court's direction, to propose a new schedule for past and upcoming dates,
13 should settlement not be executed during the temporary 45-day stay.

| Current | Proposed | Event |
| --- | --- | --- |
| 11/01/2016 | TBD | Parties to file Joint Claim Construction & Prehearing Statement; parties to exchange expert declarations or other disclosures on claim construction for any experts who will submit declarations or testify regarding claim construction at the Claim Construction Hearing |
| 12/1/2016 | TBD | Claim Construction Discovery Cut-Off |
| 01/06/2017 | TBD | Cowan to file Opening Brief on Claim Construction |
| 01/20/2017 | TBD | InteraXon to file Responsive Brief on Claim Construction |
| 01/27/2017 | TBD | Cowan to file Reply Brief on Claim Construction |
| 02/02/2017 | TBD | Court conducts Claim Construction tutorial |
| 03/02/2017 | TBD | *Markman* Hearing |

26     6.    In addition to the above briefing and hearings, Cowan is scheduled to provide
27 revised infringement contentions by January 17, 2017, and respond to InteraXon's First Amended
28 Complaint by January 18, 2017.

DOCUMENT PREPARED ON RECYCLED PAPER

36546244.2      - 2 -      Case No. 15-cv-05290-KAW
JOINT NOTICE OF SETTLEMENT AND MOTION FOR 45-DAY TEMPORARY STAY OF ALL LITIGATION DEADLINES

7. The parties respectfully and jointly move the Court to temporarily stay all of the above litigation deadlines to allow the parties to complete the settlement and avoid wasting the Court's and the parties' resources.

Dated: January 13, 2017                     Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**


BY */s/ Robert Greeson*
    Robert Greeson
Robert Greeson (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200
robert.greeson@nortonrosefulbright.com

David Ben-Meir (Cal. Bar No. 192028)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494
david.ben-meir@nortonrosefulbright.com

Attorneys for Plaintiffs
INTERAXON INC. AND INTERAXON U.S., INC.

Dated: January 13, 2017                     **ALSTON & BIRD LLP**
BY */s/ Ryan W. Koppelman*
    Ryan W. Koppelman (Bar. No. 290704)
    Timothy R. Watson (Bar No. 293774)
    Brianna L. Kadjo (Bar. No. 303336)
    ryan.koppelman@alston.com
    tim.watson@alston.com
    brianna.kadjo@alston.com

**ALSTON & BIRD LLP**
1950 University Ave., 5th Floor
East Palo Alto, CA  95303
Telephone:    (650) 838-2000
Facsimile:    (650) 838-2001

Court Appointed Counsel for Defendant
JONATHAN D. COWAN

DOCUMENT PREPARED ON RECYCLED PAPER

36546244.2                         - 3 -                     Case No. 15-cv-05290-KAW
JOINT NOTICE OF SETTLEMENT AND MOTION FOR 45-DAY TEMPORARY STAY OF ALL LITIGATION DEADLINES

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest and certify that concurrent in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: January 13, 2017

                                                  /s/ *Robert Greeson*
                                                  Robert Greeson

## CERTIFICATE OF SERVICE

I hereby certify on this 13th day of January, 2017, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity generated and sent electronically to all parties.

Dated: January 13, 2017

                                                  /s/ *Robert Greeson*
                                                  Robert Greeson

DOCUMENT PREPARED ON RECYCLED PAPER

36546244.2          - 4 -          Case No. 15-cv-05290-KAW
JOINT NOTICE OF SETTLEMENT AND MOTION FOR 45-DAY TEMPORARY STAY OF ALL LITIGATION DEADLINES